# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Kadar A. Harris
_____
Plaintiff(s)

v.

Eastdil Secured LLC
_____
Defendant(s)

Civil Action No. 18 CV 11716

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Eastdil Secured LLC
40 West 57th. St, #22
New York, NY 10019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kadar A. Harris
250. W. 77th. St Apt 603
New York, NY 10024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
*CLERK OF COURT*

Date: DEC 14 2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

18 CV 11716

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Eastdil Secured LLC__
was received by me on *(date)* __12/19/2018__.

☒ I personally served the summons on the individual at *(place)* __40 W. 57th St NY, NY 10019__ on *(date)* __12/19/2018__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Martha Vallav__, who is designated by law to accept service of process on behalf of *(name of organization)* __Eastdil Secured LLC__ on *(date)* __12/19/2018__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __12/21/2018__

_Walter Szumski_
Server's signature

__WALTER SZUMSKI__
Printed name and title

__250 W. 77th St NY, NY 10024__
Server's address

Additional information regarding attempted service, etc:

RECEIVED SDNY PRO SE OFFICE 2018 DEC 21 PM 12:46 S.D. OF N.Y.

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 12-21-18